UNITED STATES DISTRICT COURT
FOR
THE EASTERN DISTRICT OF VIRGINIA

U.S.A. vs. Lexi Lashbaugh                              Docket No. 1:23CR00105-001

### Third Addendum to
### Petition on Probation
### Filed November 6, 2024

**SPECIAL CONDITION:** THE DEFENDANT MUST REMAIN DRUG FREE AND SUBMIT TO MANDATORY DRUG TESTING. THE DEFENDANT MUST SATISFACTORILY PARTICIPATE IN, AND COMPLETE, ANY INPATIENT OR OUTPATIENT DRUG TREATMENT TO WHICH DEFENDANT IS DIRECTED BY THE PROBATION OFFICER. THE DEFENDANT SHALL WAIVE ALL RIGHTS OF CONFIDENTIALITY REGARDING DRUG TREATMENT TO ALLOW THE RELEASE OF INFORMATION TO THE UNITED STATES PROBATION OFFICE AND AUTHORIZE COMMUNICATION BETWEEN THE PROBATION OFFICER AND THE TREATMENT PROVIDER. THE COSTS OF TESTING AND TREATMENT ARE TO BE PAID BY THE DEFENDANT TO THE EXTENT SHE IS ABLE.

On November 19, 2025, this officer contacted Ms. Lashbaugh and directed her to report to the probation office on November 20, 2025, as the defendant was scheduled to return home from inpatient treatment for her revocation hearing on November 21, 2025. The defendant responded that she was unable to report to the office because she would not be in the area until after business hours. Ms. Lashbaugh further stated that she would test positive, admitting her last use of marijuana and cocaine occurred on or about November 15, 2025.

### ORDER OF COURT

Considered and ordered this 20th day of November, 2025, that the Petition previously issued be amended and that this Addendum be ordered filed and made part of the record in the above case.

/s/ 
Leonie M. Brinkema
**United States District Judge**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: November 20, 2025

**Duane Gilliam** Digitally signed by Duane Gilliam
Date: 2025.11.20 09:18:18 -05'00'

Duane A. Gilliam
Supervisory United States Probation Officer
703-366-2123

Place: Manassas, Virginia

DAG/cmf

TO CLERK'S OFFICE